UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— )
                                             )
DRC, INC.,                                   )
                                             )
            Petitioner,                      )
                                             )
     v.                                      )     Civil Action No. 10-0003 (PLF)
                                             )
REPUBLIC OF HONDURAS,                        )
                                             )
            Respondent.                      )
———————————————————— )

## ORDER

For the reasons stated in the accompanying Opinion, issued this same day, it is

hereby

ORDERED that respondent Republic of Honduras' motion to dismiss [Dkt.

No. 11] petitioner DRC, Inc.'s petition for confirmation of arbitral award is GRANTED; it is

FURTHER ORDERED that DRC, Inc.'s petition [Dkt. No. 1] is DISMISSED;

it is

FURTHER ORDERED that Republic of Honduras' motion to bifurcate [Dkt. No.

12] is DENIED AS MOOT; it is

FURTHER ORDERED that Republic of Honduras' motion to dismiss for severe

litigation misconduct [Dkt. No. 32] is DENIED AS MOOT; it is

FURTHER ORDERED that DRC, Inc.'s motion to strike [Dkt. No. 38] is

DENIED AS MOOT; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 23, 2014